**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **HECTOR DANE DAWKINS, SR.** | § | **PLAINTIFF** |
| | § | |
| v. | § | **CAUSE NO. 1:05CV323** |
| | § | |
| **DRUG ENFORCEMENT** | § | |
| **ADMINISTRATION** | § | **DEFENDANT** |

## DISMISSAL ORDER

THIS CAUSE COMES BEFORE THE COURT *sua sponte*, for review of the status of the case. On December 6, 2006, the Court entered an Order to Show Cause [2], requiring Plaintiff to show why this case should not be dismissed for Plaintiff's failure to serve the complaint and summons upon the Defendant. The Court noted that Plaintiff had filed his complaint in June 2005, but failed to serve the Defendant with process within the time allowed by Rule 4(m), FED. R. CIV. P. Plaintiff has not responded to the Order to Show Cause.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's case is **DISMISSED** pursuant to FED. R. CIV. P. 41(b) for Plaintiff's failure to prosecute or comply with orders of the Court.

**SO ORDERED AND ADJUDGED** this the 12th day of February 2007.

*s/ Louis Guirola, Jr.*
Louis Guirola, Jr.
United States District Judge